# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129330

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID LOUIS HUMPHREY,
        Defendant-Appellant.

SC: 129330
COA: 259807
Wayne CC: 90-005689

_____/

        On order of the Court, the application for leave to appeal the July 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
                    Clerk

p1219